# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148795

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

VIRGINIA C. KUKUK,
       Plaintiff-Appellant,

v

HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE FOR
SEQUOIA MORTGAGE TRUST 2007-3,
MERRILL LYNCH CREDIT CORP.,
PHH MORTGAGE CORP., TROTT &
TROTT, P.C., and NEW CENTURY
MORTGAGE CORP.,
       Defendants-Appellees.

SC: 148795
COA: 310616
St. Clair CC: 10-002949-CZ

_____/

On order of the Court, the application for leave to appeal the January 14, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



d0616

Clerk